**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Barbara Hulick

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HULICK,<br><br>     Plaintiff,<br><br>     v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant. | No. SACV10-276 FFM<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

    Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

    IT IS ORDERED that the Commissioner shall pay the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($4,500.00) for attorney fees and NINETEEN DOLLARS and EIGHTY-ONE CENTS ($19.81) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

    Dated: April 20, 2011

                /S/ FREDERICK F. MUMM
                THE HONORABLE FREDERICK F. MUMM
                UNITED STATES MAGISTRATE JUDGE

1